Linda Bondi Morrison, Esq. (SBN 210264)
lmorrison@tresslerllp.com
Benjamin J. Bishay, Esq, (SBN 356575)
bbishay@tresslerllp.com
TRESSLER LLP
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: (949) 336-1200
Facsimile: (949) 752-0645

Attorneys for Defendant GREAT WEST CASUALTY COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PACIFIC SHORE STONES, LLC; PACIFIC SHORE STONES BAKERSFIELD, LLC; and PACIFIC SHORE HOLDING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ALLIED PROPERTY & CASUALTY COMPANY; CHARTER OAK FIRE INSURANCE COMPANY; CONTINENTAL INSURANCE COMPANY; GREAT WEST CASUALTY COMPANY; HANOVER INSURANCE COMPANY; MASSACHUSETTS BAY INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; TRAVELERS PROPERTY & CASUALTY COMPANY OF AMERICA; VALLEY FORGE INSURANCE COMPANY; and DOES 1-20, <br><br> Defendants. | Case No.: 2:25-cv-04370 -MCS (ASx) <br> Assigned to: Hon. Mark C. Scarsi <br><br> **GREAT WEST CASUALTY COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES** <br><br> Removed from State Court: <br> May 14, 2025 <br><br> Complaint Filed in State Court: <br> April 11, 2025 |

Defendant Great West Casualty Company ("Great West") hereby answers the Complaint of Plaintiffs Pacific Shore Stones, LLC; Pacific Shore Stones Bakersfield, LLC; and Pacific Shore Holding, Inc. ("Plaintiffs") as follows:

## OVERVIEW OF ACTION

1. Answering Paragraph 1 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 1, and on that basis denies such allegations.

2. Answering Paragraph 2 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2, and on that basis denies such allegations.

3. Answering Paragraph 3 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3, and on that basis denies such allegations. By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 3.

4. Answering Paragraph 4 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 4, and on that basis denies such allegations.

5. Answering Paragraph 5 of the Complaint, Great West admits only that the Complaint purports to seek declaratory relief. By way of further answer, Great West lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 5, and on that basis denies such allegations.

## PARTIES

6. Answering Paragraph 6 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6, and on that basis denies such allegations.

///

GREAT WEST CASUALTY COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES

7. Answering Paragraph 7 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7, and on that basis denies such allegations.

8. Answering Paragraph 8 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8, and on that basis denies such allegations.

9. Answering Paragraph 9 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9, and on that basis denies such allegations.

10. Answering Paragraph 10 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10, and on that basis denies such allegations.

11. Answering Paragraph 11 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11, and on that basis denies such allegations.

12. Answering Paragraph 12 of the Complaint, Great West admits only that it is a Nebraska corporation with its principal place of business in South Sioux City, Nebraska. Further, Great West admits that it issued the policy at issue to Pacific Shore Stones, LLC in Texas. By way of further answer, Great West lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in Paragraph 12, and on that basis denies such allegations.

13. Answering Paragraph 13 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13, and on that basis denies such allegations.

14. Answering Paragraph 14 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14, and on that basis denies such allegations.

///

GREAT WEST CASUALTY COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES

15. Answering Paragraph 15 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15, and on that basis denies such allegations.

16. Answering Paragraph 16 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16, and on that basis denies such allegations.

17. Answering Paragraph 17 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17, and on that basis denies such allegations.

18. Answering Paragraph 18 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18, and on that basis denies such allegations.

19. Answering Paragraph 19 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19, and on that basis denies such allegations.

20. Answering Paragraph 20 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20, and on that basis denies such allegations.

## **JURISDICTION AND VENUE**

21. Answering Paragraph 21 of the Complaint, Great West admits the allegations contained therein.

22. Answering Paragraph 22 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22, and on that basis denies such allegations.

23. Answering Paragraph 23 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23, and on that basis denies such allegations.

///

GREAT WEST CASUALTY COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES

24. Answering Paragraph 24 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 24, and on that basis denies such allegations.

## FACTUAL BACKGROUND

### I. The Underlying Lawsuits

25. Answering Paragraph 25 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25, and on that basis denies such allegations.

26. Answering Paragraph 26 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26, and on that basis denies such allegations.

27. Answering Paragraph 27 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 27, and on that basis denies such allegations.

28. Answering Paragraph 28 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28, and on that basis denies such allegations.

29. Answering Paragraph 29 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 29, and on that basis denies such allegations.

### II. The Policies

30. Answering Paragraph 30 of the Complaint, Great West admits only that it issued the Great West Policy as defined herein, to Pacific Shore Stones, LLC. By way of further answer, Great West lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 30, and on that basis denies such allegations.

31. Answering Paragraph 31 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31,

and on that basis denies such allegations.  By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made.  To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 31.

32.     Answering Paragraph 32 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32, and on that basis denies such allegations.  By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made.  To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 32.

33.     Answering Paragraph 33 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33, and on that basis denies such allegations.  By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made.  To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 33.

34.     Answering Paragraph 34 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34, and on that basis denies such allegations.  By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made.  To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 34.

35.     Answering Paragraph 35 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35, and on that basis denies such allegations.

36.     Answering Paragraph 36 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36, and on that basis denies such allegations.

37. Answering Paragraph 37 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37, and on that basis denies such allegations.

38. Answering Paragraph 38 of the Complaint, Great West admits only that it issued the Great West Policy, Policy No. GWP86607A, effective May 2, 2011 to May 2, 2012, to Pacific Shore Stones, LLC.  By way of further answer, Great West states that its policy speaks for itself and must be read as a whole. By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made.  To the extent a response is deemed necessary, Great West denies the remaining allegations contained in Paragraph 38.

39. Answering Paragraph 39 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39, and on that basis denies such allegations.

40. Answering Paragraph 40 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40, and on that basis denies such allegations.

41. Answering Paragraph 41 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41, and on that basis denies such allegations.

42. Answering Paragraph 42 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42, and on that basis denies such allegations.

43. Answering Paragraph 43 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43, and on that basis denies such allegations.

44. Answering Paragraph 44 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44, and on that basis denies such allegations.

45. Answering Paragraph 45 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45, and on that basis denies such allegations.

46. Answering Paragraph 46 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46, and on that basis denies such allegations.

### III.  The Standards Applicable to Handling Insurance Claims

47. Answering Paragraph 47 of the Complaint, Great West states that this paragraph calls for a legal conclusion to which no response is required or made.  To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 47.

48. Answering Paragraph 48 of the Complaint, Great West states that this paragraph calls for a legal conclusion to which no response is required or made.  To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 48.

49. Answering Paragraph 49 of the Complaint, Great West states that this paragraph calls for a legal conclusion to which no response is required or made.  To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 49.

50. Answering Paragraph 50 of the Complaint, Great West states that this paragraph calls for a legal conclusion to which no response is required or made.  To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 50.

51. Answering Paragraph 51 of the Complaint, Great West states that this paragraph calls for a legal conclusion to which no response is required or made.  To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 51.

///

52. Answering Paragraph 52 of the Complaint, Great West states that this paragraph calls for a legal conclusion to which no response is required or made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 52.

53. Answering Paragraph 53 of the Complaint, Great West states that this paragraph calls for a legal conclusion to which no response is required or made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 53.

54. Answering Paragraph 54 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 54, and on that basis denies such allegations.

**IV.    The Coverage Disputes**

55. Answering Paragraph 55 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 55, and on that basis denies such allegations.

56. Answering Paragraph 56 of the Complaint, Great West admits only that it has disclaimed any duty to defend or indemnify Pacific Shore Stones, LLC in certain of the underlying lawsuits that have been tendered to Great West. By way of further answer, Great West lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 56, and on that basis denies the allegations.

57. Answering Paragraph 57 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57, and on that basis denies such allegations. By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 57.

58. Answering Paragraph 58 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58,

and on that basis denies such allegations. By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 58.

59. Answering Paragraph 59 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59, and on that basis denies such allegations. By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 59.

60. Answering Paragraph 60 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60, and on that basis denies such allegations. By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 60.

61. Answering Paragraph 61 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 61, and on that basis denies such allegations. By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 61.

## FIRST CAUSE OF ACTION

### (Declaratory Relief – Allied Policies)

62. Answering Paragraph 62 of the Complaint, Great West incorporates by reference Great West's responses to each previous paragraph of the Complaint as though set forth here in full.

/ / /

63. Answering Paragraph 63 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63, and on that basis denies such allegations.

64. Answering Paragraph 64 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64, and on that basis denies such allegations.

## SECOND CAUSE OF ACTION

**(Declaratory Relief – Duty to Defend)**

65. Answering Paragraph 65 of the Complaint, Great West incorporates by reference Great West's responses to each previous paragraph of the Complaint as though set forth here in full.

66. Answering Paragraph 66 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66, and on that basis denies such allegations. By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 66.

67. Answering Paragraph 67 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67, and on that basis denies such allegations.

## THIRD CAUSE OF ACTION

**(Declaratory Relief – Duty to Consider Settlement Demands)**

68. Answering Paragraph 68 of the Complaint, Great West incorporates by reference Great West's responses to each previous paragraph of the Complaint as though set forth here in full.

69. Answering Paragraph 69 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69, and on that basis denies such allegations. By way of further answer, Great West states

that this paragraph calls for a legal conclusion to which no response is required or made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 69.

70. Answering Paragraph 70 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70, and on that basis denies such allegations.

## FOURTH CAUSE OF ACTION

**(Declaratory Relief – Alleged Silica-Related Exclusions)**

71. Answering Paragraph 71 of the Complaint, Great West incorporates by reference Great West's responses to each previous paragraph of the Complaint as though set forth here in full.

72. Answering Paragraph 72 of the Complaint, Great West admits only that it disclaimed a duty to defend or indemnify certain of the underlying lawsuits based on the "Silica or Silica-Related Dust" exclusion in the Great West Policy. By way of further answer, Great West lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 72, and on that basis denies such allegations.

73. Answering Paragraph 73 of the Complaint, Great lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 73, and on that basis denies such allegations.

## FIFTH CAUSE OF ACTION

**(Declaratory Relief – Alleged Pollutant or Contaminant Exclusions)**

74. Answering Paragraph 74 of the Complaint, Great West incorporates by reference Great West's responses to each previous paragraph of the Complaint as though set forth here in full.

75. Answering Paragraph 75 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 75, and on that basis denies such allegations.

76. Answering Paragraph 76 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 76, and on that basis denies such allegations.

## SIXTH CAUSE OF ACTION

**(Declaratory Relief – Allocation of Defense Costs Between Multiple Triggered Defendants)**

77. Answering Paragraph 77 of the Complaint, Great West incorporates by reference Great West's responses to each previous paragraph of the Complaint as though set forth here in full.

78. Answering Paragraph 78 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 78, and on that basis denies such allegations. By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 78.

79. Answering Paragraph 79 of the Complaint, Great West denies the allegations contained therein.

## SEVENTH CAUSE OF ACTION

**(Declaratory Relief – Allocation of Settlements Between Multiple Triggered Defendants)**

80. Answering Paragraph 80 of the Complaint, Great West incorporates by reference Great West's responses to each previous paragraph of the Complaint as though set forth here in full.

81. Answering Paragraph 81 of the Complaint, Great West lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81, and on that basis denies such allegations. By way of further answer, Great West states that this paragraph calls for a legal conclusion to which no response is required or

made. To the extent a response is deemed necessary, Great West denies the allegations contained in Paragraph 81.

82. Answering Paragraph 82 of the Complaint, Great West denies the allegations contained therein.

## EIGHTH CAUSE OF ACTION
### (Declaratory Relief – Indemnity Obligations)

83. Answering Paragraph 83 of the Complaint, Great West incorporates by reference Great West's responses to each previous paragraph of the Complaint as though set forth here in full.

84. Answering Paragraph 84 of the Complaint, Great West states that it lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84, and on that basis denies such allegations.

85. Answering Paragraph 85 of the Complaint, Great West denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

With respect to each and every paragraph and cause of action, Great West alleges the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Cause of Action)

1. As a first separate affirmative defense to the Complaint, and to each and every cause of action contained therein, the Complaint fails to state facts sufficient to constitute a cause of action upon which relief may be granted against Great West.

## SECOND AFFIRMATIVE DEFENSE
### (Policy Terms, Exclusions, Conditions and Limitations)

2. As a second separate affirmative defense to the Complaint, and to each and every cause of action contained therein, the claims against Great West are barred, in whole or in part, by the terms, exclusions, conditions and limitations contained in Great West's policy at issue.

## THIRD AFFIRMATIVE DEFENSE

**(Breach of and/or Failure to Comply with Policy Terms)**

3. As a third separate affirmative defense to the Complaint, and to each and every cause of action contained therein, the claims against Great West are barred, in whole or in part, to the extent that Plaintiffs breached and/or failed to comply with and/or perform all of the terms and conditions of the Great West policy at issue.

## FOURTH AFFIRMATIVE DEFENSE

**(No "Bodily Injury" During the Policy Period)**

4. As a fourth separate affirmative defense to the Complaint, and to each and every cause of action contained therein, the claims against Great West are barred, in whole or in part, to the extent they do not seek damages because of "bodily injury" occurring during Great West's policy period.

## FIFTH AFFIRMATIVE DEFENSE

**(Silica or Silica-Related Dust Exclusion)**

5. As a fifth separate affirmative defense to the Complaint, and to each and every cause of action contained therein, the claims against Great West are barred by Silica or Silica-Related Dust exclusion in Great West's policy.

## SIXTH AFFIRMATIVE DEFENSE

**(Pollution Exclusion)**

6. As a sixth separate affirmative defense to the Complaint, and to each and every cause of action contained therein, the claims against Great West are barred, in whole or in part, to the extent the pollution exclusion in Great West's policy applies.

## SEVENTH AFFIRMATIVE DEFENSE

**(Failure to Mitigate)**

7. As a seventh separate affirmative defense to the Complaint, and to each and every cause of action contained therein, the claims asserted against Great West are barred, in whole or in part, to the extent that Plaintiffs have failed to mitigate, minimize

or avoid any loss they allegedly sustained, and any recovery against Great West must be reduced accordingly.

### EIGHTH AFFIRMATIVE DEFENSE
### (Policy Limits)

8. As an eighth separate affirmative defense to the Complaint, and to each and every cause of action contained therein, any loss sustained by Plaintiffs and covered under the Great West policy at issue is subject to the applicable limits of liability of the Great West policy.

### NINTH AFFIRMATIVE DEFENSE
### (Not an Insured)

9. As a ninth separate affirmative defense to the Complaint, and to each and every cause of action contained therein, the claims asserted against Great West are barred or limited to the extent one or more of the Plaintiffs does not qualify as an insured under Great West's policy.

### TENTH AFFIRMATIVE DEFENSE
### (Additional Affirmative Defenses)

10. As a tenth separate affirmative defense to the Complaint, and to each and every cause of action contained therein, Great West reserves the right to assert additional affirmative defenses as may become appropriate as the litigation proceeds.

### PRAYER

**WHEREFORE**, having fully answered Plaintiffs' Complaint, and having asserted affirmative defenses thereto, Great West respectfully prays for judgment against Plaintiffs as follows:

1. That Plaintiffs take nothing against Great West by reason of the Complaint on file herein;

2. That this Court adjudge, determine, and decree that Plaintiffs are not entitled to the relief sought in their Complaint;

/ / /

GREAT WEST CASUALTY COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES

3. That this Court adjudge, determine, and decree that Great West is entitled to its costs incurred in this action; and

4. For such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated: May 21, 2025          **TRESSLER LLP**

By: */s/ Linda Bondi Morrison*
Linda Bondi Morrison
Benjamin J. Bishay
*Attorneys for Defendant*
*Great West Casualty Company*

GREAT WEST CASUALTY COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES