UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-04370-MRA-MAA | Date | August 12, 2025 |
|---|---|---|---|
| Title | *Pacific Shore Stones, LLC, et al. v. Allied Property & Casualty Co., et al.* | | |

Present: The Honorable    MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**    **(IN CHAMBERS) ORDER STRIKING ECF [43]-[61] AND REQUIRING REVISED FILING OF MOTIONS FOR JUDGMENT ON THE PLEADINGS [43]-[61]**

The Court **STRIKES** docket entries 43-61.  No later than **August 13, 2025**, Defendants shall refile their Motions for Judgment on the Pleadings to fully comply with all relevant Local Rules, including Local Rules 7-4, 7-5, and 11-5.2, and this Court's prior Order on briefing.  *See* ECF 42 (Order Granting Stipulation Request to Continue Scheduling Conference; and Proposed Briefing Schedule for Defendants' Motions for Judgment on the Pleadings).  The Court further instructs as follows:

- Defendants shall file their Notice of Motion, including as attachments (1) their joint 15-page brief and (2) joint appendix with citations.

- Defendants shall file their request for judicial notice and corresponding exhibits separately. Each exhibit to the request for judicial notice should be clearly labeled on the docket, so that it corresponds to the labeling set forth in Defendants' request for judicial notice and appendix.  The exhibits to the request *should not be labeled as separate motions*, even if they must be filed as separate ECF entries on the docket.  They should instead be clearly labeled as attachments to the request for judicial notice.

- Defendants shall separately file their 10-page supplemental briefs, clearly labeling those briefs on the docket.

**IT IS SO ORDERED.**

_____ : _____

Initials of Deputy Clerk    mku