STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
RYAN Z. KELLER (SBN 249193)
rkeller@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP
333 Twin Dolphin Road, Suite 230
Redwood City, California 94065
Telephone: 650.637.9100

Attorneys for Defendants
HANOVER INSURANCE COMPANY and
MASSACHUSETTS BAY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PACIFIC SHORE STONES, LLC; PACIFIC SHORE STONES BAKERSFIELD, LLC; and PACIFIC SHORE HOLDING, INC.,

Plaintiffs,

vs.

ALLIED PROPERTY & CASUALTY COMPANY; CHARTER OAK FIRE INSURANCE COMPANY; CONTINENTAL INSURANCE COMPANY; GREAT WEST CASUALTY COMPANY; HANOVER INSURANCE COMPANY; MASSACHUSETTS BAY INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; TRAVELERS PROPERTY & CASUALTY COMPANY OF AMERICA; VALLEY FORGE INSURANCE COMPANY, and DOES 1 through 20,

Defendants.

**CASE NO. 2:25-cv-04370-MRA (MAAx)**

**DEFENDANTS' NOTICE OF MOTIONS AND MOTIONS FOR JUDGMENT ON THE PLEADINGS [ECF No. 43]**

Date: October 6, 2025
Time: 1:30 p.m.
Dept.: 9B

Assigned for all purposes to:
Judge Mónica Ramírez Almadani

Complaint Served: April 11, 2025

[Filed concurrently herewith: Joint Memorandum in Support of Defendants' Motions for Judgment on the Pleadings; Joint Appendix; Joint Request for Judicial Notice; Defendants' Separate Memoranda; Defendants' Declarations; and [Proposed] Order]

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on October 6, 2025, at 1:30 p.m., or as soon thereafter as may be heard, before the Honorable Mónica Ramírez Almadani, United States District Judge, in the Ronald Reagan Federal Building, Courtroom 9B, located at 411 W. Fourth Street, Santa Ana, California 92701, Defendants Massachusetts Bay Insurance Company Hanover Insurance Company, Allied Property & Casualty Company, Great West Casualty Company, Continental Insurance Company, Valley Forge Insurance Company, The Charter Oak Fire Insurance Company, The Travelers Indemnity Company Of America, The Travelers Indemnity Company of Connecticut, and Travelers Property Casualty Company of America (collectively, "Defendants") will, and hereby do, move the Court for an order granting judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure ("Motions").

Defendants seek an entry of judgment in their favor and dismissal of this action on the grounds that Plaintiffs have failed to and cannot allege facts to state a claim in their Complaint upon which relief can be granted due to the enforcement of silica exclusions and pollution exclusions in the insurance policies that Defendants issued to Plaintiffs.

Defendants' Motions are based upon this Notice of Motions, Joint Memorandum of Points and Authorities in Support of Defendants' Motions, Defendants' separate memoranda of points and authorities in support of Motions, Joint Appendix in Support of Defendants' Motions which provides citations to allegations in all underlying complaints in support of Motions, Joint Request for Judicial Notice in Support of Defendants' Motions which attaches copies of the complaints in the underlying actions and incorporates declarations from each Defendant attaching copies of Defendants' certified and authenticated policies, the Proposed Order, the complete files and records in this action, and any additional material and arguments as may be considered in connection with the hearing.

The Motions are made following the conference of counsel pursuant to L.R. 7-3 which took place on July 11, 2025.

Dated: August 11, 2025

HAYES SCOTT BONINO
ELLINGSON & GUSLANI LLP

By: */s/ Ryan Z Keller*
STEPHEN M. HAYES
RYAN Z. KELLER
Attorneys for Defendants
HANOVER INSURANCE COMPANY and MASSACHUSETTS BAY INSURANCE COMPANY

Dated: August 11, 2025

SIMPSON THACHER & BARTLETT LLP

By: */s/ Chet A. Kronenberg*
CHET A. KRONENBERG
ERICA SEDLER
DYLAN J. MEIER
Attorneys for Defendants
THE CHARTER OAK FIRE INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY OF AMERICA, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated: August 11, 2025

CLYDE & CO US LLP

By: */s/ Brian D. Harrison*
ALEX E. POTENTE
BRIAN D. HARRISION
DAVID M. RHODES
Attorneys for Defendants
CONTINENTAL INSURANCE COMPANY AND VALLEY FORGE INSURANCE COMPANY

Dated: August 11, 2025

TRESSLER LLP

By: */s/ Linda Bondi Morrison*
LINDA BONDI MORRISON
BENJAMIN J. BISHAY
Attorneys for Defendants
GREAT WEST CASUALTY COMPANY

Dated: August 11, 2025

COZEN O'CONNOR

By: */s/ Valerie D. Rojas*
VALERIE D. ROJAS
Attorneys for Defendants
ALLIED PROPERTY & CASUALTY COMPANY